No. 99–1760. SMITHFIELD FOODS, INC., ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–1777. WESTOVER, AKA BINDLOSS v. RENO, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 99–1783. FREDERICK v. KIRBY TANKSHIPS, INC. C. A. 11th Cir. Certiorari denied.

No. 99–1789. ALFARACHE v. CRAVENER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 99–1790. VOLENTINE ET AL. v. BECHTEL, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1796. WHITEHEAD ASSOCIATES, INC., ET AL. v. MONTGOMERY COUNTY COUNCIL ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–1798. COUNTY OF SCHENECTADY v. JEFFES ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1800. THEIS RESEARCH, INC. v. NORTHERN TELECOM, INC. C. A. Fed. Cir. Certiorari denied.

No. 99–1801. MICHAEL C., A MINOR, BY HIS PARENT AND NEXT FRIEND, STEPHEN C., ET AL. v. RADNOR TOWNSHIP SCHOOL DISTRICT, PENNSYLVANIA DEPARTMENT OF EDUCATION. C. A. 3d Cir. Certiorari denied.

No. 99–1804. HOLDEN v. KENT COUNTY. Ct. Sp. App. Md. Certiorari denied.

No. 99–1805. CITY OF NEW ORLEANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–1807. TINELLI v. REDL ET AL. C. A. 2d Cir. Certiorari denied.